UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID SCHIESSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-cv-730 |
| v. ) | |
| ) | Judge John W. Darrah |
| FORD MOTOR COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Defendant's Motion to Dismiss [25] is briefed as follows: reply shall be filed by 7/19/16. Status hearing/ruling set for 10/13/16 at 9:30 a.m. No appearances necessary on 6/28/16. All other dates remain as scheduled.

Date:  6/21/2016                                                          /s/ John W. Darrah